UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M. M. et.al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civ. No. 07-2316 (HHK) |
| **DISTRICT OF COLUMBIA, et. al.** | : |
| **Defendants.** | : |

### DEFENDANTS' MOTION TO DISMISS

Come now defendants, by counsel, and move this honorable Court to dismiss plaintiffs' Complaint pursuant to FRCP 12 (b)(1) on the grounds that the Complaint is barred by the applicable statute of limitations and the Court has no jurisdiction over the subject matter.

This case is an appeal of an administrative hearing officer's decision issued pursuant to the Individuals with Disabilities Education Improvement Act ("IDEIA") 20 U.S.C. Sec. 1400 *et seq.* Because the IDEIA provides a 90-day limitations period for such actions, and since the Complaint herein was not filed within that 90-day period, the defendants request this Court to dismiss the Complaint with prejudice.

The grounds for said motion are more fully set forth in the accompanying Memorandum of Points and Authorities. A proposed order is also submitted herewith.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,   Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

March 24, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. M. et.al., : | |
|       Plaintiffs, : | |
|       v. : | Civ. No. 07-2316 (HHK) |
| DISTRICT OF COLUMBIA, et. al. : | |
|       Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**INTRODUCTION AND BACKGROUND**

This action seeks review of an administrative decision by a Hearing Officer ("HO") following a due process hearing conducted pursuant to the Individuals with Disabilities Education Improvement Act, 20 U.S.C. §1415(i)(2)(B), ("IDEIA"), on September 12, 2007. A decision by the HO was issued on September 24, 2007. (Complaint at par. 12) Plaintiffs filed the instant lawsuit on December 26, 2007, ninety-two days after the issuance of the Hearing Officer's Determination (HOD).

**ARGUMENT**

**I.    Plaintiffs' claim is barred by the applicable statute of limitations**

The IDEIA, provides that a party bringing an action to appeal a Hearing Officer's Decision ("HOD") "shall have 90 days from the date of the decision of the hearing officer to bring such an action, or, if the State has an explicit time limitation for bringing such action …, in such time as the State law allows." 20 U.S.C. Sec. 1415(i)(2)(B).

3

In the instant case the Hearing Officer issued his decision on September 24, 2007. Therefore, the appeal should have been filed on or before December 24, 2007.[1] However, plaintiff did not file her complaint until December 26, 2007, after the statutory time had expired. Accordingly, plaintiffs' Complaint is time barred and this Court has no jurisdiction over the subject matter. *See, e.*g., Smith v. District of Columbia, No. 07-186; (D.D.C. July 30, 2007); R.P. v. District of Columbia, No. 06-1497 (D.D.C. February 22, 2007); Anthony v. District of Columbia, No. 06-0192 (D.D.C. May 22, 2006).

## CONCLUSION

For the reasons set forth above, defendants submit that plaintiffs' Complaint is barred by the applicable statute of limitations and that this Court has no jurisdiction to hear the matter. Accordingly, the Court should grant this motion and dismiss plaintiffs' Complaint with prejudice.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

---

[1] Because the 90th day fell on December 23, 2007, a Sunday, plaintiffs' appeal was due on Monday, December 24, 2007.

           /s/ Maria L. Merkowitz
           MARIA L. MERKOWITZ [312967]
           Senior Litigation Counsel
           441 4th Street, N.W.,   Sixth Floor North
           Washington, DC 20001
           (202) 442-9842
           FAX  -  (202) 727-3625
           E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M. M. et.al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. No. 07-2316 (HHK) |
| : | |
| **DISTRICT OF COLUMBIA, et. al.** : | |
| : | |
| **Defendants.** : | |

## PROP[OSED ORDER

Upon consideration of Defendants' Motion to Dismiss, Plaintiffs' Opposition to the same, and the entire record herein, it is this _____ day of _____ 2008, hereby

ORDERED, that Defendants' Motion to Dismiss is GRANTED, and

IT IS FURTHER ORDERED, that Plaintiffs' Complaint is dismissed with prejudice.

_____
United States District Judge

6