UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M. M. et.al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civ. No. 07-2316 (HHK) |
| **DISTRICT OF COLUMBIA, et. al.** | : |
| **Defendants.** | : |

## NOTICE OF WITHDRAWAL OF MOTION

Defendants, by counsel, hereby withdraw their Motion to Dismiss, filed on March 24, 2008. Said motion was premised on the grounds that plaintiffs had failed to timely file an appeal of an administrative decision pursuant to the Individuals with Disabilities Education Improvement Act ("IDEIA") 20 U.S.C. Sec. 1400 *et seq.* Because plaintiffs' Opposition establishes that their appeal was timely filed, defendants withdraw their Motion to Dismiss.

Defendants note however, that they will be filing a Motion for Partial Dismissal concurrently with this Notice of Withdrawal.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914


**/s/ Maria L. Merkowitz**
MARIA L. MERKOWITZ
Senior Assistant Attorney General
Bar Number 312967
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
E-mail: Maria.Merkowitz@dc.gov


April 9, 2008