UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.M, a minor, by her mother and next friend, SHARON MATTHEWS, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOVERNMENT OF DISTRICT OF COLUMBIA, et al.,**<br><br>**Defendants.** | Civil Action 07-02316 (HHK) |

**ORDER**

Before the court is Defendants' Motion for Partial Dismissal of the Complaint [#5]. Plaintiffs have not filed a memorandum of points and authorities in opposition to defendants' motion to dismiss. LCvR 7(b) provides that unopposed motions may be deemed conceded.

Accordingly, it is this 5th day of May 2008, hereby

**ORDERED** that defendants' motion [#5] is **GRANTED.**

Henry H. Kennedy, Jr.
United States District Judge