UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.M, a minor, by her mother and next friend, SHARON MATTHEWS, et al.**<br><br>　　　　　**Plaintiffs,**<br><br>　　　　　**v.**<br><br>**GOVERNMENT OF DISTRICT OF COLUMBIA, et al.,**<br><br>　　　　　**Defendants.** | Civil Action 07-02316 (HHK) |

**ORDER**

It is this 7th day of May 2008, hereby

**ORDERED** that the parties shall file a joint status report and case management plan by no later than May 27, 2008.  This case management plan shall include deadlines for the submission of the administrative record and briefing on dispositive motions.  If the parties are unable to agree, each side shall submit its own report and proposed case management plan.

　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge