# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M. *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-2316 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

## DEFENDANTS' REPORT UNDER LOCAL RULE 16.3

Plaintiffs have brought this lawsuit as an appeal of an administrative due process hearing decision decided pursuant to the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 et seq. ("IDEIA").

Defendants' counsel made three separate attempts to contact plaintiffs' counsel in an effort to file a joint report. The first time the undersigned contacted plaintiffs' counsel's firm – May 19, 2008 – she was informaed that Ms. Fatmata Barrie was out of the country and would not return before the end of the month. The undersigned was further informed that someone from the law firm would return her call. The second time the undersigned contacted Plaintiffs' counsel's firm – later on May 19, 2008 – she was informed by the receptionist that "Georgina" was handling Ms. Barrie's cases and would return the undersigned's call. The third time the undersigned called – May 20, 2008 – she was informed by the receptionist that "Georgina" was not in the office but that she would give her the message. To date, the undersigned has received no word from plaintiffs' counsel. Accordingly, defendant submits the following pursuant to Local Rule 16.3 (numbering corresponds to the Rule subsections):

(1) Defendants consider that all issues can be resolved, as is usual in actions such as this, by motion for summary judgment.

(2) Defendants do not anticipate that other parties will be joined.

(3) Defendants do not believe that this case should be transferred to a magistrate judge.

(4) Defendants do not believe there is a reasonable possibility of settling this case.

(5) Defendants do not believe that ADR procedures would be of use in this case.

(6) Defendants consider it likely that all the issues can be resolved by summary judgment.

Defendants propose the following timelines:

(a) Defendants will file the administrative record on or before July 28, 2008;

(b) Plaintiffs will file a motion for summary judgment on or before September 10, 2008;

(c) Defendants will file an opposition to plaintiffs' motion for summary judgment, and a cross-motion for summary judgment, on or before October 10. 2008;

(d) Plaintiffs will file an opposition to defendants' cross-motion for summary judgment and a reply to defendants' opposition to plaintiffs' motion for summary judgment on or before October 30, 2008;

    (e)    Defendants will file a reply to plaintiffs' opposition to defendants' cross-motion for summary judgment on or before November 20, 2008.

(7)    Defendants agree to dispense with Rule 26(a)(1) disclosures.

(8)    Defendants believe that no discovery is necessary.

(9)    Defendants do not currently anticipate any need to present expert testimony.

(10)    This is not a class action lawsuit.

(11)    N/A

(12)    N/A

(13)    N/A

(14)    N/A

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/ Edward P. Taptich_____
EDWARD P. TAPTICH [312967]
Chief, Equity Section II

/s/ Maria L. Merkowitz_____
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Room 6S-047
Washington, D.C. 20001
(202) 724-6601
E-mail: Maria.Merkowitz@dc.gov

May 22, 2008